FILED
AUG 16 2018
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____DEP CLK

WMG

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:18-CR-136-1D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL INFORMATION |
| | ) | Fed. R. Crim. P. 7 |
| DALLIE RAY CANADY, II | ) | |

The United States Attorney Charges:

Between in or about June of 2011 and December 1, 2011, in the Eastern District of North Carolina, DALLIE RAY CANADY, JR., defendant herein, did knowingly make false statements and reports for the purpose of influencing in any way the action of the Federal Crop Insurance Corporation(FCIC), and companies the FCIC reinsures, upon an application, advance, commitment, loan, insurance agreement, application for insurance and a guarantee, and any change or extension of any of the same, by renewal, deferment of action and otherwise, in violation of Title 18, United States Code, Section 1014.

[The remainder of the page is blank]

## FORFEITURE NOTICE

The defendant is given notice of the provisions of 18 U.S.C. §§ 981(a)(1)(C), and 982(a)(2)(A) that all of their interest in all property specified herein is subject to forfeiture.

As a result of the foregoing offense, the defendant shall forfeit to the United States any and all property constituting, or derived from, any proceeds the said defendant obtained directly or indirectly as a result of the said offenses.

The forfeitable property includes, but is not limited to:

(1) personal property;

(2) real property; and

(3) currency in the amount of $647,038.00, representing the gross proceeds of offense stated in this Criminal Information.

If any of the above-described forfeitable property, as a result of any act or omission of the defendants,

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty,

2

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property all in accordance with 18 U.S.C. §§ 981 and 982.

ROBERT J. HIGDON, JR.
United States Attorney

By: _____
WILLIAM M. GILMORE
Assistant United States Attorney
Criminal Division